Case 6:21-mj-06154-GEB   Document 1   Filed 08/30/21   Page 1 of 5

FILED
U.S. District Court
District of Kansas

8/30/2021

Clerk, U.S. District Court
By_____AA_____ Deputy Clerk

AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Kansas

In the Matter of the Search of:
*(Briefly describe the property to be searched or identify the person by name and address)*

Known oral standards (swabs) from Tremayne M. DARKIS (date of birth 12-08-1978, black, male, social security number 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, FBI number 214628CB7).

Case No. 21-M-6154-GEB

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Known oral standards (swabs) from Tremayne M. DARKIS (date of birth 12-08-1978, black, male, social security number 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, FBI number 214628CB7).

located in the **DISTRICT OF KANSAS**, there is now concealed *(identify the person or describe the property to be seized)*:

Deoxyribonucleic acid (DNA) in the form of saliva and cells of Tremayne M. DARKIS, to collect know oral standards (buccal swabs) from the person of Tremayne M. DARKIS.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ✓ evidence of a crime;
- ✓ contraband, fruits of crime, or other items illegally possessed;
- ✓ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Possess with the intent to distribute controlled substances |
| 18 USC 922(g)(1) | Felon in possession of a firearm |

The application is based on these facts:

See Attached Affidavit

Continued on the attached sheet.

Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

SA JUSTIN SPRAGUE, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/30/21

_____
Judge's signature

City and state: Wichita, Kansas

HONORABLE GWYNNE E. BIRZER, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Justin D. Sprague, the Affiant being duly sworn, declare and state:

1. I have been employed as a Special Agent (SA) for the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since December of 2013. I am currently assigned to the Wichita Field Office in Wichita, KS. As a Special Agent with ATF, I have attended the Federal Law Enforcement Training Center's Criminal Investigator Training Program and ATF Special Agent Basic Training. I have also attended Firearms Interstate Nexus Training hosted by ATF and am a Firearm and Ammunition Interstate Nexus Expert. Previous to this, I was an Industry Operations Investigator with ATF for six years specializing in regulatory enforcement of firearms and explosives regulations. I have two years with the Emporia Police Department as a police officer conducting daily patrol activities. I am also a graduate from Pittsburg State University with a Bachelor of Science in Justice Studies.

2. I make this affidavit from personal knowledge based on my participation in this investigation, including observations by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, reviewing court documents and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware of relating to this investigation.

3. On June 20, 2020, at approximately 00:44 hours Parsons Police Department (PPD) Sergeant Brice Dickens witnessed a vehicle later identified as a white 2012 Buick Lacrosse bearing Kansas registration 160MSG, VIN: 1G4GD5ER8CF155545, traveling north on 27th Street, in Parsons, Labette County, Kansas without the headlights on. The vehicle was traveling north in the 100 block 27th St when Sgt. Dickens approached vehicle and the driver of the Buick then turned the headlights on. Sgt. Dickens activated his emergency equipment to conduct a traffic stop with the vehicle.

4. After Sgt. Dickens exited his vehicle to contact the driver, the vehicle took off and Sgt. Dickens returned to his vehicle to pursue the Buick. The pursuit continued for several blocks before coming to a stop at the intersection of 27th Street and Stevens Ave in Parsons, Kansas. There were two occupants in the Buick, the driver was identified as Tremayne M. DARKIS and the front seat passenger was identified as Tanya Lynn Stephens. While at the vehicle dealing with the occupants, Sgt Dickens could smell the odor of marijuana. The officers conducted a search of the vehicle and located an open liquor bottle and suspected marijuana. After advising DARKIS of his Miranda Rights he admitted to using marijuana that evening.

5. Later that day at approximately 11:23 hours, PPD, School Resource Officer Chris Gabbert was dispatched to 2511 Chess Ave. Parsons, Kansas, in reference to a bag being located that contained a firearm and drugs. This was the same area that the pursuit of DARKIS had traveled through. The bag had been located by Ingrid Schnell lying in the street in front of the address. Schnell had moved the bag to the grass next to the curb. The bag had been opened by Doug Riffle, a neighbor in the area, and he observed the gun and

drugs. After Riffle looked in the bag, the resident at 2511 Chess Ave., Neal Wilkerson, contacted the police.

6. SRO Gabbert secured the bag and transported it to the PPD where it was inventoried by he and PPD Sgt Waylon Kepley. Inside the bag was a HiPoint 9mm pistol bearing serial number P1931335, four large bags of suspected methamphetamine totaling approximately 279.53 grams, a prescription bottle belonging to Tremayne DARKIS, and a black charger for an ankle monitor. Sgt. Kepley reviewed Sgt Dickens car video from the chase and observed the bag lying in the roadway in the 2500 block of Chess Ave.

7. DARKIS had requested that some of his items be signed over to Angela Collier and it is noted that he was wearing an ankle monitor at the time of his arrest. When SRO Gabbert signed the items over to Collier, she had also brought a charger for DARKIS' ankle monitor and provided it to SRO Gabbert. SRO Gabbert compared that charger she provided to the one located in the bag and they were the same.

8. DARKIS is a prior Federal felon having received a conviction for 18 U.S.C. § 924(c)(1) and 21 U.S.C. §846 and 841(a)(1)(B), for which he was sentenced in 2005.

9. I am aware that fluids and tissues of the human body such as blood, saliva, and semen contain deoxyribonucleic acid (DNA), which is a chemical substance that serves as the genetic code. Although the DNA code differs from person to person (except for identical twins), the DNA code is the same within all the cells and tissues of a single person. Thereby, the DNA collected from evidentiary items would match the DNA in the person that the items came in contact with. In order to make those comparisons of DNA profiles

collected from items of evidence, a sample of body fluid must be obtained from the individual believed to have left the DNA collected from the items of evidence.

10. Based on the foregoing information I request that a search warrant be issued, according to law, to search for, apprehend and seize, known oral standards (swabs) from Tremayne M. DARKIS (date of birth 12-08-1978, black, male, social security number 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, FBI number 214628CB7) if any there be, holding them to be dealt with according to law.

JUSTIN SPRAGUE
Special Agent, ATF

Sworn and subscribed to before me on this 30th day of August 2021.

THE HONORABLE GWYNNE E. BIRZER
UNITED STATES MAGISTRATE JUDGE